MARGARET SWEENEY, Appellant, v. NEW YORK RAPID TRANSIT COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

ISIDORE WEINFELD, Appellant, v. SAMUEL KAPLAN and JOHN C. VON GLAHN, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 1089.] Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

GUSTAV BIRNBAUM, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Judgment in favor of plaintiff for sums representing monthly installments for disability accruing under policies of insurance issued by the defendant, unanimously affirmed, with costs. The alleged misrepresentation arising out of the 1923 visit to Dr. Gordon to the effect that the insured had never had or been treated for heart disease and abnormal blood pressure, as alleged in the answer, could be such only if the insured knew or had reason to know that the contrary was the fact. The questions sought the insured's knowledge and could not reasonably be construed as calling for information which an applicant could not be expected to furnish. (See *Geer* v. *Union Mutual Life Ins. Co.*, 273 N. Y. 261, 267.) It is undisputed that the insured was not informed of the doctor's findings which might lead to a conclusion that the plaintiff was suffering from such ailments. In any event, a question of fact was presented as to whether or not the plaintiff was afflicted with heart disease and abnormal blood pressure or had been treated therefor. As to the 1926 visit, within the five-year period contemplated in the applications, an issue of fact was also presented as to whether or not the ailment then treated was more than a trivial one and which substantially affected the defendant's exercise of its right, upon the basis of the facts which it sought to elicit, to accept or reject the application. We find no substantial error committed in the court's charge. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

JANE F. DOLLARD, Appellant, v. EDWARD V. DOLLARD, Respondent.— Order granting defendant's motion to take the testimony of plaintiff's physician before a referee, to use in opposition to plaintiff's motion for increased alimony and counsel fee and for other relief, affirmed, without costs. The plaintiff by the allegations in her reply and moving affidavit waived the protection of the statute▋ for herself and for the infant for whose benefit the increased alimony was sought. (*Capron* v. *Douglass*, 193 N. Y. 11; *Hethier* v. *Johns*, 233 id. 370; *Steinberg* v. *New York Life Ins. Co.*, 263 id. 45.) Examination to proceed on five days' notice. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

DORA J. FARBER, Appellant, v. JOSEPH J. FARBER, Respondent.— Order denying motion by the plaintiff appellant to vacate and set aside the interlocutory and final judgment in an action for absolute divorce, for leave to discontinue the action without costs and for a hearing before the court or an official referee to determine whether or not the divorce was secured by collusion and fraud practiced upon the court, affirmed, without costs. Appeal from order denying plaintiff's motion to resettle the order above referred to affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.